```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOUGLAS SHYNE, et al.,

Defendant.

ORDER

S3 05 Cr. 1067 (KMK)

PRESENT:   HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of the defendant, Natasha Singh, and the consent of the Government and Pre-trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified, in that:

1) The Government, which has in its possession the United States passport of the defendant Natasha Singh, is to provide said passport to Pre-trial Services Officer Richard DiGiacamo located at Camden Federal Building & U.S. Courthouse at 401 Market Street, Camden, NJ 08101.

2) On a date convenient to all parties, Pre-trial Services Officer DiGiacamo is permitted to provide said passport to Natasha Singh for the sole reason of her presenting it to the New Jersey Department of Motor Vehicles to establish her citizenship status which is required for her to obtain a New Jersey driver's license to replace her existing Pennsylvania driver's license.

3) On the same business day that Ms. Singh is provided the passport by Pre-trial Services Officer DiGiacamo, Ms. Singh is to return it to Mr. DiGiacamo.

4) Pre-trial Services will retain custody of the passport until the conclusion of this matter or further order of this Court.

Dated: USDC, SDNY
       March 9, 2006

SO ORDERED:

_____
U.S.D.J.