UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
        -v.-                             S4 05 Cr. 1067 (KMK)
                                    :
DOUGLAS SHYNE,
NATASHA SINGH,                      :
        a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,                    :
TOYBE BENNETT,
        a/k/a "Dmitriy Makarevich,"  :
        a/k/a "Dmitriy Makervish,"
        a/k/a "Eduardo Rodrigues,"  :
        a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,                 :
EPHRAIM RICHARDSON,
NARESH PITAMBAR,                    :
JASON WATLER,
STEVEN RIDDICK,                     :
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,                 :

                Defendants.         :

- - - - - - - - - - - - - - - - - -x


NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION


TO: Clerk of the Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests that the

Clerk of the Court:

    (A)  note his appearance in this case; and

(B)  add him as a filing user to whom Notices of Electronic
     Filing will be transmitted in this case.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

                    By: _____/s/_____
                         Daniel W. Levy
                         Assistant United States Attorney
                         Telephone:  (212) 637-1062

TO:  Susan V. Tipograph, Esquire
     350 Broadway, Suite 700
     New York, New York 10013

     Counsel to defendant Douglas Shyne

     Harvey Fishbein, Esq.
     61 Broadway, Suite 1601
     New York, New York 10006

     Counsel to defendant Natasha Singh

     Daniel S. Parker, Esq.
     Parker & Carmody, LLP
     1350 Broadway, Suite 1400
     New York, New York 10018

     Counsel to defendant Christine Richardson

     David L. Lewis, Esq.
     Lewis & Fiore
     225 Broadway, Suite 3300
     New York, New York 10006

     Counsel to defendant Nathaniel Shyne

     Neil S. Cartusciello, Esq.
     2 West Main Street
     Mendham, New Jersey 07945

     Counsel to defendant Toybe Bennett

2

Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

Counsel to defendant Ephraim Richardson

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035

Counsel to defendant Jason Watler

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander

Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510

Counsel to defendant Timothy Montgomery

## AFFIRMATION OF SERVICE

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

I am employed in the Office of the United States Attorney for the Southern District of New York.

On September 16, 2006, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

Susan V. Tipograph, Esquire
350 Broadway, Suite 700
New York, New York 10013

Counsel to defendant Douglas Shyne

Harvey Fishbein, Esq.
61 Broadway, Suite 1601
New York, New York 10006

Counsel to defendant Natasha Singh

Daniel S. Parker, Esq.
Parker & Carmody, LLP
1350 Broadway, Suite 1400
New York, New York 10018

Counsel to defendant Christine Richardson

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway, Suite 3300
New York, New York 10006

Counsel to defendant Nathaniel Shyne

Neil S. Cartusciello, Esq.
2 West Main Street
Mendham, New Jersey 07945

Counsel to defendant Toybe Bennett

Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019

Counsel to defendant Ephraim Richardson

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035

Counsel to defendant Jason Watler

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander

Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510

Counsel to defendant Timothy Montgomery

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          September 16, 2006


                                    _____/s/_____
                                    Daniel W. Levy
                                    Assistant United States Attorney
                                    Telephone:  (212) 637-1062