**Robert W. McFarland**  
Direct: 757/640.3716

rmcfarland@mcguirewoods.com  
Direct Fax: 757/640.3966

February 5, 2007

**ELECTRONICALLY FILED**

J. Michael McMahon, Clerk  
United States District Court for the  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    United States v. Douglas Shyne, et al.  
             Case Number:  S4 05 Cr. 1067 (KMK)

Dear Mr. McMahon:

    Enclosed are Defendant Timothy Montgomery's Jury Instructions in the above matter. The Defendant, Timothy Montgomery, also reserves the right to supplement his jury instructions as additional evidence becomes available to him.

    Thank you for your assistance.

                                            Sincerely yours,

                                            /s  
                                          Robert W. McFarland

RWM/pdf

Enclosure

cc:    All counsel of record (via electronic notice)

J. Michael McMahon, Clerk
February 5, 2007
Page 2


bc:    Tim Montgomery (Timontgomery978@yahoo.com)


\4424960.1