```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
        -v.-                            S4 05 Cr. 1067 (KMK)
                                    :
DOUGLAS SHYNE,
NATASHA SINGH,                      :
    a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,                    :
TOYBE BENNETT,
    a/k/a "Dmitriy Makarevich,"    :
    a/k/a "Dmitriy Makervish,"
    a/k/a "Eduardo Rodrigues,"     :
    a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,                 :
NARESH PITAMBAR,
JASON WATLER,                       :
STEVEN RIDDICK,
NATHANIEL ALEXANDER, and            :
TIMOTHY MONTGOMERY,
                                    :
            Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

**AMENDED AFFIRMATION OF SERVICE**

       DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

       I am employed in the Office of the United States Attorney for the Southern District of New York.

       On February 5, 2007, I caused Government's Proposed Examination of Prospective Jurors and Government's Requests to Charge to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

               Susan V. Tipograph, Esq.
               350 Broadway, Suite 700
               New York, New York 10013

               Counsel to defendant Douglas Shyne

```
Harvey Fishbein, Esq.
61 Broadway, Suite 1601
New York, New York 10006

Counsel to defendant Natasha Singh

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway, Suite 3300
New York, New York 10006

Counsel to defendant Nathaniel Shyne

Neil S. Cartusciello, Esq.
2 West Main Street
Mendham, New Jersey 07945

Counsel to defendant Toybe Bennett

Thomas H. Nooter, Esq.
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Counsel to defendant Roberto Montgomery

Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004

Counsel to defendant Naresh Pitambar

Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403

Counsel to defendant Steven Riddick

Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007

Counsel to defendant Nathaniel Alexander
```

>Robert W. McFarland, Esq.
>McGuire Woods, LLP
>World Trade Center
>101 West Main Street, Suite 9000
>Norfolk, Virginia 23510
>
>Counsel to defendant Timothy Montgomery

On February 6, 2007, I caused the Government's Proposed Examination of Prospective Jurors and Government's Requests to Charge to be served via United States mail upon:

>Anthony Ricco, Esq.
>20 Vesey Street, Suite 400
>New York, New York 10007-4240
>
>Counsel to defendant Jason Watler

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         February 6, 2007

                              _____/s/_____
                              Daniel W. Levy