UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
    - v. -                      :
                                :
DOUGLAS SHYNE,                  :
NATASHA SINGH,                  :
    a/k/a "Beatris Rodrigues,"  :
NATHANIEL SHYNE,                :
TOYBE BENNETT,                  :
    a/k/a "Dmitriy Makarevich," :   S4 05 Cr. 1067 (KMK)
    a/k/a "Dmitriy Makervish,"  :
    a/k/a "Eduarado Rodrigues," :
    a/k/a "Cecilio Pena,"       :
ROBETO MONTGOMERY,              :
NARESH PITAMBAR,                :
JASON WATLER,                   :
STEVEN RIDDICK,                 :
NATHANIEL ALEXANDER, and        :
TIMOTHY MONTGOMERY,             :
                                :
        Defendants.             :
---------------------------------------------x

## AFFIRMATION OF SERVICE

ROBERT J. MCFARLAND, pursuant to Tile 28, United States Code, Section 1746, declares under the penalty of perjury:

1.  I have been retained as counsel for the Defendant, Timothy Montgomery.

2.  On February 5 and 6, 2007, I caused Defendant Timothy Montgomery's Jury Instructions and Suggested Voir Dire Questions, respectively, to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

Danya Perry, Assistant U.S. Attorney          Denis Patrick Kelleher, Jr., Esquire
United States Attorney's Office               Kelleher & Dunne LLP
One Saint Andrew Plaza                        17 Battery Place, 11th Floor
New York, NY 10007                            New York, NY 10004

| | |
|---|---|
| George Robert Goltzer, Esquire<br>200 West 57th Street, Suite 900<br>New York, NY 10019 | Neil Stephen Cartusciello, Esquire<br>2 West Main Street<br>Mendham, NJ 07945 |
| David L. Lewis, Esquire<br>Lewis & Fiore<br>225 Broadway, Suite 3300<br>New York, NY 10006 | Thomas Hamilton Nooter, Esquire<br>Freeman Nooter & Ginsberg<br>30 Vesey Street, Suite 100<br>New York, NY 10007 |
| Harvey Fishbein, Esquire<br>61 Broadway, Suite 1601<br>New York, NY 10006 | Susan Vicki Tipograph, Esquire<br>350 Broadway, Suite 700<br>New York, NY 10013 |
| Bryan J. Hoss, Esquire<br>Davis & Hoss, P.C.<br>508 E. 5th Street<br>Chattanooga, TN 37403 | Michael Fineman, Esquire<br>305 Broadway, 7th Floor<br>New York, NY 10007 |

On February 9, 2007, I caused the Defendant Timothy Montgomery's Jury Instructions and Suggested Voir Dire Questions to be served via United States mail upon:

Anthony Ricco, Esquire
20 Vesey Street, Suite 400
New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated:   Norfolk, Virginia
         February 9, 2007

s/_____
Robert W. McFarland

\4432588.1