UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**United States of America,**

-v-

**Shyne, et al,**

**Defendants.**

Case No.05-cr-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Clerk of the Court is directed to terminate motions #158,159,160,161,163,164 & 165 which have previously been ruled on by this Court on the record.

SO ORDERED.

Dated:   May 31, 2007
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE