### Checks Detailed in *United States v. Shyne, et al.*

| Check No. | Amount of Check | Substantive Count of Shyne Indictment | Notes |
|---|---|---|---|
| 1 | $112,834 | | |
| 2 | $775,000 | Two | Cynthia Montgomery charged based on her involvement with this check |
| 3 | $150,000 | Three | |
| 4 | $85,210 | | |
| 5 | $80,000 | Four | |
| 6 | $375,000 | Four | |
| 7 | $450,000 | Four | |
| 8 | $850,000 | Five | |
| 9 | $150,000 | Five | |
| 10 | $575,000 | Six | |
| 11 | $200,000 | Six | |
| 13 | $175,000 | Seven | |
| 14 | $228,997 | | |
| 15 | $375,000 | Eight | |
| 16 | $180,000 | Nine | |
| 17 | $75,000 | | |
| 18, 19 | $150,000 | | Evans Poindexter, a/k/a "Keith Duckworth," charged based on his involvement with these checks |
| Total | $4,987,041 | | |

### Additional Check Proved at Trial of *United States v. Riddick, et al.*

| Check No. | Amount of Check | | |
|---|---|---|---|
| 20 | $550,000 | | |

### Total Amount of Checks Detailed in Shyne Indictment and Proved at Trial of *United States v. Riddick, et al.*

| | | | |
|---|---|---|---|
| Total | $5,537,041 | | |

### Checks Detailed in *United States v. Bartee, et al.*

| Check No. | Amount of Check | | Notes |
|---|---|---|---|
| 21 | $87,203.52 | | Check for which Singh created fake invoice |
| 22 | $160,000 | | Check for which Singh created fake invoice |
| 23 | $38,532 | | |
| 24 | $90,000 | | |
| 25 | $70,000 | | |
| 4 | $85,210 | | Singh and other received proceeds from this check, as described in Shyne Indictment at ¶¶ 28-30 |
| Total | $530,945.52 | | |

### Additional Checks Proved at Trial of *United States v. Bartee, et al.*

| Check No. | Amount of Check | | Notes |
|---|---|---|---|
| 26 | $48,000 | | Not known to Gov't at time of Riddick trial, *see* Perry Aff. |
| 27 | $49,000 | | Not known to Gov't at time of Riddick trial, *see* Perry Aff. |
| 28 | $25,000 | | |
| 17 | $75,000 | | Described in Shyne Indictment at ¶ 75 |
| Total | $197,000 | | |

### Total Amount of Checks Detailed in Bartee Indictment and Proved at Trial of *United States v. Bartee, et al.*

| | $727,945.52 | | |
|---|---|---|---|

### Checks Detailed in *United States v. Smith-Ayres*

| Check No. | Amount of Check | | |
|---|---|---|---|
| 29, 30 | $250,000 | | |
| Total | $250,000 | | |

| Summary | |
|---|---:|
| Total Number of Fraudulent Checks | 30 |
| Total Value of Fraudulent Checks | $6,354,776.52 |
| Total Number of Fraudulent Checks Known to Government at Time of Riddick Trial | 28 |
| Total Value of Fraudulent Checks Known to Government at Time of Riddick Trial | $6,257,776.52 |
| Total Number of Fraudulent Checks Provided to Defendants in Riddick Trial | 20 |
| Total Value of Fraudulent Checks Provided to Defendants in Riddick Trial | $5,537,041 |