# JOB INVOICE

_[handwritten notes: "pay" "Massimo BLDG"]_

| TO: First Lending Mortgage Co | DATE ORDERED: 11/16/04 | ORDER TAKEN BY: Chris (Marge) |
|---|---|---|
| ADDRESS: Hillside Ave(?) New York | PHONE NO: | CUSTOMER ORDER #: |
| ATTENTION: Winston Shillingford | JOB LOCATION: 348.0033 Billing | |
| | JOB PHONE: | STARTING DATE: 11/16/04 |
| | TERMS: 6 months | |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

_[handwritten across middle: "Paid in Full by Check (Company ck)"]_

MISCELLANEOUS CHARGES: _enclosed in total price_

LABOR / HOURS / RATE / AMOUNT: _in total price_

| WORK ORDERED BY: Winston Shillingford | |
|---|---|
| DATE ORDERED: 11/16/04 | |
| DATE COMPLETED: 3/16/05 | |

| TOTAL LABOR | $67,400.00 |
|---|---|
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | $67,400.00 |

CUSTOMER APPROVAL SIGNATURE: _[signature]_
AUTHORIZED SIGNATURE: _[signature]_

adams NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT 402
06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monroe |
| | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5/5/10 |
| | JOB LOCATION: 804-343-0093 12/1/09 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| ATTENTION: *Paid in Full (Company) | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total # 95 people) | | $15,000.00 | Repair Credit Reports Personal and Business (help to Est new credit for business + Personal |
| 5 | locations R+S Stands Credit Services with managers and employees total # 60 clients | | $60,000 | |
| 15 | Personal Files for Credit Services the owner of above Companies | | $85,000.00 | |
| | * Order Total $160,000.00 | | | |

**MISCELLANEOUS CHARGES**
Dis Counted

**LABOR** — Flat Rates for Commercial Accounts

| WORK ORDERED BY: Monroe (C. Owens) | TOTAL LABOR: 160,000 |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS: |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS: |
| CUSTOMER APPROVAL SIGNATURE: [signature] | SUBTOTAL: |
| AUTHORIZED SIGNATURE: [signature] | TAX: |
| | GRAND TOTAL: 160,000 |

JOB INVOICE

Adams NC2817
MADE IN USA