USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 16, 2008

**MEMO ENDORSED**

By Facsimile
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

    Re:    United States v. Shyne
             05 Cr. 1067 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter in connection with the sentencing of defendant Douglas Shyne, whose sentencing had previously been scheduled to occur on July 16, 2008.

    In order for the parties to prepare adequate pre-sentencing submissions, the Government requests that the Court schedule this defendant's sentencing to occur on a date in September or October that is convenient for the Court.

    Based on the Government's communications with Susan Tipograph, Esq., counsel to the defendant, the Government can represent that the defendant does not object to this request.

                             Respectfully submitted,

                             MICHAEL J. GARCIA
                             United States Attorney

                By: _____
                     E. Danya Perry/Daniel W. Levy
                     Assistant United States Attorneys
                     Telephone: (212) 637-2434/1062

*[Handwritten endorsement:]* Sentence is adjourned until October 23, 2008, at 10:00

cc:    Susan V. Tipograph, Esq. (by facsimile)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
7/16/08

TOTAL P.02